**FOR PUBLICATION**

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

TIO DINERO SESSOMS,
　　　　　　*Petitioner-Appellant,*

　　　　　v.

D. L. RUNNELS,
　　　　　　*Respondent-Appellee.*

No. 08-17790

D.C. No.
2:05-cv-01221-
JAM-GGH

ORDER

Filed December 15, 2011

## ORDER

KOZINSKI, Chief Judge:

　Upon the vote of a majority of nonrecused active judges, it is ordered that this case be reheard en banc pursuant to Circuit Rule 35-3. The three-judge panel opinion shall not be cited as precedent by or to any court of the Ninth Circuit.